**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-30316 |
| Plaintiff - Appellee, | D.C. No. 2:09-cr-02093-EFS |
| v. | |
| MELECIO ESCOBEDO-LEDEZMA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Eastern District of Washington
Edward F. Shea, District Judge, Presiding

Submitted July 12, 2011[**]

Before:     SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

Melecio Escobedo-Ledezma appeals from the 24-month sentence imposed

following his guilty-plea conviction for being an alien in the United States after

deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C.

§ 1291, and we affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. See Fed. R. App. P. 34(a)(2).

Escobedo-Ledezma contends that the district court procedurally erred by violating his constitutional right to due process and Rule 32(i)(1)(C) of the Federal Rules of Criminal Procedure, when it relied on its own undisclosed sentencing chart as an aid in determining his sentence. Escobedo-Ledezma fails to establish that there was plain error affecting his substantial rights, as he cannot show a reasonable probability that he would have received a different sentence had the court disclosed the sentencing chart. *See United States v. Dallman*, 533 F.3d 755, 761-62 (9th Cir. 2008); *see also United States v. Warr*, 530 F.3d 1152, 1163 (9th Cir. 2008). The sentence below the Guidelines range is substantively reasonable in light of the totality of the circumstances and the sentencing factors set forth in 18 U.S.C. § 3553(a). *See Gall v. United States*, 552 U.S. 38, 51 (2007).

**AFFIRMED.**